Appeals of the State of Maryland granted. *Mr. Frederic D. McKenney* and *Mr. John Spalding Flannery* for petitioner. *Mr. T. Alan Goldsborough* for respondent.

———

No. 485. WILLIAM KINZELL *v.* CHICAGO, MILWAUKEE & ST. PAUL RAILWAY. October 21, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Idaho granted. *Mr. John P. Gray* and *Mr. Patrick H. Loughran* for petitioner. *Mr. Heman H. Field* and *Mr. George W. Korte* for respondent.

———

No. 528. B. C. LEE *v.* CENTRAL OF GEORGIA RAILWAY COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals of the State of Georgia granted. *Mr. William W. Osborne* and *Mr. Alexander A. Lawrence* for petitioner. *Mr. T. M. Cunningham, Jr.,* for respondents.

———

No. 529. ELIZABETH HULL, ADMINISTRATRIX, ETC. *v.* PHILADELPHIA & READING RAILWAY COMPANY. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals of the State of Maryland granted. *Mr. Harvey R. Spessard* and *Mr. Frank G. Wagaman* for petitioner. No appearance for respondent.

———

No. 542. WESTERN UNION TELEGRAPH COMPANY *v.* GEORGE M. BROWN, EXECUTOR, ETC., ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr.*